FILED
HARRISBURG, PA
AUG 0 6 2025
PER _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | No. 1:25-CR-206 |
| --- | --- | --- |
| v. | : | (Judge Mehalchick) |
| BOBBIE JEROME NEWTON, Defendant | : | |

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT 1
18 U.S.C. § 2250(a)
(Failure to Register as a Sex Offender)

From in or around December 2024, through on or about March 31, 2025, in the Middle District of Pennsylvania, and elsewhere, the defendant,

**BOBBIE JEROME NEWTON,**

a person required to register under the Sex Offender Registration and Notification Act, traveled in interstate commerce and knowingly failed to register and update his registration as required by the Sex Offender Registration and Notification Act.

All in violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL

JOHN C. GURGANUS
ACTING UNITED STATES ATTORNEY

FOREPERSON

*(signature)*

MICHAEL SCALERA
ASSISTANT U.S. ATTORNEY

Date 8/6/2025